THE CENTRAL NATIONAL BANK OF THE CITY OF NEW YORK, Appellant, v. DAVID VALENTINE et al., Impleaded, etc., Respondents.

(Argued October 22, 1884 ; decided November 25, 1884.)

THE principal questions in this case the court held, were simply of fact, and that the findings of the trial court thereon were sustained by sufficient evidence.

*Aaron Pennington Whitehead* for appellant.

*William S. Hornblower* for respondents.

*Per Curiam mem.* for affirmance.
All concur.
Judgment affirmed.

---

JAMES VAN TASSEL, Respondent, v. THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Submitted October 24, 1884 ; decided November 25, 1884.)

*Lewis E. Carr* for appellant.

*John W. Lyon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.